FILED

2014 Aug-14  PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

JARVIS WERNER HINES,                  )
                                      )
      Petitioner,             )
                                      )
vs.                                   ) Case No.: 5:11-cv-3507-WMA-SGC
                                      )
BILLY MITHCEM, Warden, et al.,        )
                                      )
      Respondents.            )

### <u>MEMORANDUM OPINION</u>

The magistrate judge filed a report and recommendation on July 31, 2014 (Doc. 13), recommending this petition for writ of habeas corpus be denied. On August 12, 2014, petitioner, Jarvis Werner Hines ("Petitioner") filed a pleading styled as "Motion to Rebuttal Report" (Doc. 14). The court will treat Petitioner's filing as objections to the report and recommendation or, in the alternative, as a motion.

Construed liberally, Petitioner's most recent filing reasserts arguments presented to and addressed by the magistrate judge, including: (1) that Petitioner was a minor at the time of the murder; and (2) that Petitioner is actually innocent of murder. (*See generally* Doc. 14). These arguments were addressed in the report and recommendation and Petitioner presents nothing warranting rejection of the magistrate judge's conclusions. (*See* Doc. 13 at 11; *id.* at n.6).

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the

magistrate judge's findings are due to be and are hereby **ADOPTED** and her recommendation is **ACCEPTED**.  To the extent the petitioner's filing of August 12, 2014, (Doc. 14), is construed as interposing objections to the report and recommendation, such objections are due to be and hereby are **OVERRULED**.  To the extent the petitioner's filing (Doc. 14) is construed as a motion, it is due to be and hereby is **DENIED**.  Accordingly, the petition for writ of habeas corpus is due to be **DENIED** and **DISMISSED WITH PREJUDICE**.  Pursuant to Rule 11 of the *Rules Governing 2254 Proceedings*, and consistent with the magistrate judge's recommendation (Doc. 13 at 12), a certificate of appealability is hereby **DENIED.**

A Final Judgment will be entered.

**DONE** this 14th day of August, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE